# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>v.<br><br>XIOMAHARA DANIELA PEREZ,<br><br>                 Defendant. | Case No.: 23-cr-0190-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On February 24, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 3, 2023 to April 7, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 22] and sets the Motion Hearing/Trial Setting on April 7, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On February 17, 2023, a plea agreement was lodged before the Court, and a change of plea hearing is set for March 9, 2023. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

Further, on February 24, 2023, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from February 24, 2023 to April 7, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 3/1/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

23-cr-0190-JO